UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-24762-KMW

GERARDO BACA and all others similarly )
situated under 29 U.S.C. 216(b), )
)
          Plaintiff, )
vs. )
)
BUILDING UNLIMITED, INC., )
MIGUEL A GARCIA, )
)
          Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Amended Statement of Claim as follows:

**Federal Overtime Wage Claim:**

**Period Claimed: 07/26/15-11/28/15**
    Weeks: **18** weeks
    Overtime hours per week: **26** hours
    Amount of half time per hour not compensated: $5.91/hr. (based on hourly rate of $11.82)
    Total overtime wages unpaid and liquidated damages: **$2,765.88 X 2 = $5,531.76**

**Total Overtime Wage Claim and Unpaid Liquidated Damages: $2,765.88 X 2 = $5,531.76**

**Federal Minimum Wage Claim:**

**Period Claimed: 11/18/15-11/28/15**
    Weeks: **1.5** weeks
    Hours (worked per week:) **99** hours
    Minimum wage (Federal rate): $7.25/hr.
    Wage paid: $0.00/hr
    Wage owed: $7.25/hr
    Total minimum wages unpaid and liquidated damages: **$717.75 X 2 = $1,435.50.**

**Total Federal Minimum Wage Claim and Liquidated Damages: $717.75 X 2 = $1,435.50.**

**Total Wage Claim OT/MW and Liquidated Damages: $3,483.63 X 2 = $6,967.26**

**Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves all rights to seek minimum wage damages under the Florida Constitution and statutes as applicable including the limitations period and rates.
***To the extend Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments, Plaintiff is claiming the higher of the two applicable rates.

                Respectfully submitted,

                J. H. ZIDELL, P.A.
                ATTORNEYS FOR PLAINTIFF
                300-71ST STREET, SUITE 605
                MIAMI BEACH, FLORIDA 33141
                305-865-6766
                305-865-7167

                By: /s/ Allyson Kutner Morgado
                   Allyson Kutner Morgado, Esquire
                   Florida Bar No.: 91506

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 2/23/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:     /s/ Allyson Kutner Morgado
Allyson Kutner Morgado, Esquire**