UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-24762-Williams/Simonton

GERARDO BACA,

    Plaintiff,

vs.

BUILDING UNLIMITED, INC, and
MIGUEL A. GARCIA,

    Defendants.
_____/

## DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants, Building Unlimited, Inc. ("Building Unlimited") and Miguel Garcia ("Garcia") (collectively, the "Defendants"), pursuant to this Court's Notice of Court Practice in FLSA Cases and Referral to Magistrate Judge for Settlement Conference and Fairness Determination (DE No. 12) and Order Scheduling Settlement Conference (D.E. No. 13) (collectively, the "Orders"), file this response to the Statement of Claim (DE No. 18) filed by Gerardo Baca ("Plaintiff"), and state:

1. Baca was hired by Southeast Personnel Leasing, Inc. ("Southeast") and agreed in his employment agreement to a rate of pay of $10.00 per hour.[1]  Baca first began performing work for Building unlimited during the week of July 26, 2015.

2. Because of the nature of Building Unlimited's work, and since Building Unlimited's work takes place at mostly occupied residences, Building Unlimited is limited to performing work during weekdays and during daytime hours – usually between 8:30 AM to 5:00 PM with a lunch and rest break in between. As such, Baca usually worked the same amount of

---

[1] Baca was employed by Southeast and leased to Building Unlimited.

TAYLOR ESPINO VEGA & TOURON, P.A.

time every day – 8.0 hours each day.  During the time Baca performed work for Building Unlimited, Baca worked 32 hours in each week.

3.  Baca's hourly rate of $10.00 per hour was then multiplied by the amount of hours he worked in each week to determine his gross pay.  At no time did Baca ever work overtime for Building Unlimited.  Baca's net pay would then calculated by withholding federal taxes, FICA and child support deductions.

Baca last performed work for Building Unlimited during the week of October 30, 2015.  The following chart represents all hours worked by Baca and all payments made to him during the time he performed work for Building Unlimited:

| Week Ending on: | Check Date | Hours Worked | Gross Pay | Net Pay |
|---|---|---|---|---|
| 7/26/2015 | 7/31/2015 | 32 | $320.00 | $291.02 |
| 8/2/2015 | 8/7/2015 | 32 | $320.00 | $164.68 |
| 8/9/2015 | 8/14/2015 | 32 | $320.00 | $164.68 |
| 8/16/2015 | 8/21/2015 | 32 | $320.00 | $167.68 |
| 8/23/2015 | 8/28/2015 | 32 | $320.00 | $167.68 |
| 8/30/2015 | 9/4/2015 | 32 | $320.00 | $167.68 |
| 9/6/2015 | 9/11/2015 | 32 | $320.00 | $167.68 |
| 9/13/2015 | 9/18/2015 | 32 | $320.00 | $167.68 |
| 9/20/2015 | 9/25/2015 | 32 | $320.00 | $167.68 |
| 9/27/2015 | 10/2/2015 | 32 | $320.00 | $167.68 |
| 10/4/2015 | 10/9/2015 | 32 | $320.00 | $167.68 |
| 10/11/2015 | 10/16/2015 | 32 | $320.00 | $167.68 |
| 10/18/2015 | - | 0 | $0.00 | $0.00 |
| 10/25/2015 | 10/30/2015 | 32 | $320.00 | $167.68 |
| 11/1/2015 | - | 0 | $0.00 | $0.00 |
| 11/8/2015 | - | 0 | $0.00 | $0.00 |
| 11/15/2015 | - | 0 | $0.00 | $0.00 |
| 11/22/2015 | - | 0 | $0.00 | $0.00 |
| 11/29/2015 | - | 0 | $0.00 | $0.00 |
|  |  |  | $4,160.00 | $2,297.18 |

CASE NO.: 15-CV-24762-Williams/Simonton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was electronically filed with the Clerk of the Court by using the CM/ECF System which will send a Notice of Electronic Filing to all those on the attached Service List on this **9th** day of **March, 2016**.

Respectfully submitted,

TAYLOR ESPINO VEGA & TOURON, P.A.
*Attorneys for Defendants*
2555 Ponce de Leon Boulevard, Suite 220
Coral Gables, Florida  33134
Phone: (305) 443-2043
Fax:     (305) 443-2048

By:  /s/ **DANIEL R. VEGA**
       DANIEL R. VEGA
       Florida Bar No. 148120
       Email: dvega@tevtlaw.com
                  earabitg@tevtlaw.com
                  tevtservice@gmail.com

## SERVICE LIST

| **J.H. Zidell, Esq.**<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida  33141<br>Tel.: (305) 865-6766<br>Fax: (305) 865-7167<br>Email: zabogado@aol.com | **Allyson Kutner Morgado. Esq.**<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida  33141<br>Tel.: (305) 865-6766<br>Fax: (305) 865-7167<br>Email: amorgado.jhzidell@gmail.com |
|---|---|